UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 5:17-cv-00345-JMH |
| v. | ) | |
| | ) | |
| UNIVERSITY OF KENTUCKY, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

In keeping with the Memorandum Opinion and Order of even date herewith, **IT IS ORDERED**:

(1) That Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE;**

(2) That judgment is entered in favor of Defendants;

(3) That any remaining requests for relief are **DENIED AS MOOT;**

(4) That any scheduled proceedings or deadlines are **CONTINUED GENERALLY;**

(5) That this matter is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(6) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

1

This the 18th day of January, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge